# Court of Appeals
# of the State of Georgia

ATLANTA,  January 21, 2015

*The Court of Appeals hereby passes the following order:*

## A15A0872.  ABDUL R. ZAFAR et al. v. THE CITIZENS BANK et al.

On September 2, 2014, the trial court entered an order granting summary judgment to the defendants in this civil action.  On October 15, 2014, the plaintiffs filed a notice of appeal to this Court.  To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012); *GMC Group v. Harsco Corp.*, 293 Ga. App. 707 (667 SE2d 916) (2008). Because the plaintiffs filed their notice of appeal 43 days after entry of the trial court's order, this appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta,  01/21/2015
 *I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
 *Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*